UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00236-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JAMIE SILVA SCOTT,
a/k/a Jamie S. Martinez,

       Defendant.

## ORDER

THIS MATTER is before the Court on the Government's Motion for an Extension of Time by Which to Respond to Defendant's Motions **(#21).** The Court being fully advised in the foregoing,

**ORDERS** that Government's Motion for an Extension of Time by Which to Respond to Defendant's Motions **(#21) is GRANTED.** The government shall have to and including October 16, 2006 to respond to defendant's motions. No further extensions will be granted.

Dated this 11th day of October, 2006

       **BY THE COURT:**

       *Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge