UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00236-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JAMIE SILVA SCOTT,
a/k/a Jamie S. Martinez,

       Defendant.

---

### ORDER AND NOTICE OF HEARING

---

**IT IS HEREBY ORDERED** that a hearing on Defendant's Motion to Suppress Statements **(#20)** will be held on **December 7, 2006 at 1:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated this 31st day of October, 2006

       **BY THE COURT:**

       *Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge