UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00236-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JAMIE SILVA SCOTT,
a/k/a Jamie S. Martinez,

       Defendant.

___

**ORDER GRANTING MOTION TO CONTINUE TRIAL**
___

**THIS MATTER** comes before the Court pursuant to the Defendant's Motion to Continue Trial **(# 18)**.

Pursuant to 18 U.S.C. § 3161(h)(8)(B), the Court finds that the ends of justice would be served by continuing the trial and excluding any delay resulting from the Defendant's request for a continuance of the trial. Specifically, the Court finds that failing to grant a continuance would deny the Defendant reasonable time for effective preparation, taking into account the exercise of defense counsel's due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

Accordingly, the Defendant's Motion to Continue Trial **(# 18)** is **GRANTED**. The trial date set for November 9, 2006 is **VACATED**, and the trial is reset to **February 26, 2007**.

Dated this 31st day of October, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge