UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00236-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAMIE SILVA SCOTT,
a/k/a Jamie S. Martinez,

        Defendant.

---

## ORDER RESETTING FINAL TRIAL PREPARATION CONFERENCE

---

**IT IS HEREBY ORDERED** that the final trial preparation conference set for

**November 3, 2006 at 4:30 p.m. is VACATED** and reset to **February 23, 2007 at 4:30 p.m.** in

the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj

U.S. Courthouse, 901 19th Street, Denver, Colorado.

        Dated this 1st day of November, 2006

                                            **BY THE COURT:**

                                 *Marcia S. Krieger*
                                 _____

                                    Marcia S. Krieger
                                    United States District Judge