**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No.  06-CR-00236-MSK**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. JAMIE SILVA SCOTT,**

**Defendant.**

___

**ORDER RE: DEFENDANT'S MOTION TO TRANSPORT**

___

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

        The Court has been informed that the Defendant will not be accepted by Peaceful Spirits  into the inpatient program at Peaceful Spirits, therefore;

        **IT IS HEREBY ORDERED** that Defendant's Motion to Transport becomes moot and is therefore **DENIED**.

**DATED: December 13, 2006**

                                        **BY THE COURT:**


                                        **s/David L. West**
                                        **United State Magistrate Judge**

1