PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. Jamie S. Scott                                    Docket Number: 06-cr-00236-MSK-01

**Petition for Issuance of Summons Due to Violation of Supervised Release**

    COMES NOW, Robert E. Dowd, probation officer of the court, presenting an official report upon the conduct and attitude of Jamie Silva Scott who was placed on supervision by the Honorable Marcia S. Krieger sitting in the court at Denver, Colorado, on the 11th day of June, 2007, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a program of testing and treatment for drug and alcohol abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. She will abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay for the cost of treatment if she is able to and is directed by the probation officer.

2. The defendant will participate in a program of mental health treatment, as directed by the probation officer, until such time as she is released from the program by the probation officer and she will pay for the cost of treatment if she is able to and is directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report for continuity of treatment.


RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

See attached hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the issuance of a summons for the defendant to appear at a supervised release violation hearing.

                  ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this __4th_____ day of December, 2008, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/Robert E. Dowd |
| | Robert E. Dowd<br>Senior Probation Officer |
| */s/ Marcia S. Krieger* | |
| Marcia S. Krieger<br>United States District Judge | Place: Durango, Colorado |
| | Date: November 26, 2008 |

ATTACHMENT

On March 4, 2008, the conditions of supervised release were read and explained to the defendant. On that date, she acknowledged in writing that the conditions had been read to her, that she fully understood the conditions, and that she was provided a copy of them. The term of supervised release commenced on February 25, 2008.

The defendant has committed the following violations of supervised release:

1. **USE OF ALCOHOL:**

On or about March 27, 2008, the defendant ingested alcohol which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On March 27, 2008, at approximately 2:08 p.m., the defendant had contact with Southern Ute Police Officers as she was the victim of a reported domestic violence incident involving the defendant and her husband, James Garnanez. During the domestic violence investigation performed by Southern Ute Police Officer Shane Clance he observed the defendant to have watery red eyes, unsteady balance and her speech was slow and slurred. Officer Clance asked the defendant if she had been drinking and she told him she had consumed alcohol. The defendant reported that she had her last alcoholic drink around 9:00 a.m. or 10: 00 a.m. that morning of the interview.

On March 28, 2008, I received a telephone call from the defendant regarding her contact with Southern Ute Police officers on March 27, 2008. The defendant admitted to consuming two alcoholic mixed drinks on March 27, 2008.

2. **USE OF ALCOHOL:**

On or about June 4, 2008, the defendant ingested alcohol which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On June 4, 2008 at 1:32 p.m., I received a telephone call from the defendant and she stated that she had been drinking alcohol and was contemplating suicide due to her domestic problems with her estranged husband. I contacted counselors at Peaceful Spirit and they instituted an intervention on June 4, 2008, at 3:00 p.m. I received a telephone call from Southern Ute Police Office Shane Clance and he reported that he was transporting the defendant to Mercy Hospital in Durango, Colorado, for observation. He confirmed the defendant had been drinking alcohol and was resistive when being handcuffed prior to her being transported to the hospital. While at Mercy Hospital a blood sample was taken from the defendant and it showed that the defendant had an alcohol level of .329% Blood Alcohol Content (BAC).

On June 6, 2008, I interviewed the defendant regarding her contact with the Southern Ute Police Department on June 4, 2008. The defendant admitted to ingesting alcohol on June 4, 2008.

3. **FAILURE TO PARTICIPATE IN DRUG AND ALCOHOL TREATMENT AS DIRECTED BY THE PROBATION OFFICER:**

The defendant failed to provide urine samples at Peaceful Spirit, the testing and treatment program which the probation officer had directed her to participate, on June 2, 21, 26, and 29, 2008 and July 7, 14, 26, and 31, 2008, which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On June 3, 23, and July 1, 2008, I received notice from Peaceful Spirit that the defendant failed to provide urine specimens at their facility on June 2, 21, 26, and 29, 2008. On June 4, 2008, I admonished report to Peaceful Spirit to submit urine samples for testing she stated that she just wanted me to come and take her back to prison.

On July 9, 2008, I again contacted the defendant regarding her failure to report to Peaceful Spirit to submit urine samples and she admitted to not calling or submitting to testing at Peaceful Spirit. She stated that she would continue to not call into Peaceful Spirit and that she wanted to go back to prison because she "could not handle being on the outside."

4. **USE OF ALCOHOL:**

On or about September 1, 2008, the defendant ingested alcohol which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On September 1, 2008, the defendant was arrested by the Southern Ute Police Department, Ignacio, Colorado, and charged with Misdemeanor, Drove Vehicle Under the Influence of Alcohol, Any Drug, Vapor Releasing Substance or Combination Thereof; and Misdemeanor, Drove Vehicle While Driver's License was Revoked.

Officer Anderson of the Southern Ute Detention Center had the defendant submit to a preliminary breath test (PBT) which tested .298% BAC.

On September 5, 2008, I interviewed the defendant at the Southern Ute Detention Center and she stated she had been drinking alcohol but she could not remember what she drank or how much she drank before she was arrested.

5. **VIOLATION OF THE LAW:**

On or about September 1, 2008, the defendant was convicted of Driving Under Revocation , in violation of Southern Ute Tribal Code Section 14-1-103(7)(f) which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On September 1, 2008, the defendant was arrested by the Southern Ute Police Department, Ignacio, Colorado for Drove Vehicle While Under the Influence of Alcohol, Any Drug, Vapor Releasing Substance or Combination Thereof and Drove Vehicle While Driver's License was Revoked.
On November 5, 2008, the defendant appeared in the Southern Ute Tribal Court and pleaded guilty to the

offense of Driving Under Revocation (Alcohol Related) and was sentenced on that same date to sixty days in custody with thirty days credit for time served.  The charge of Drove Vehicle While Under the Influence of Alcohol was dismissed.

6. **USE OF ALCOHOL:**

On or about October 6, 2008, the defendant ingested alcohol which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On October 6, 2008, at approximately 1:23 a.m., Southern Ute Police Officer Carla Ondi responded to the Sidekick Bar, 655 Goddard Drive, Ignacio, Colorado, for a medical page regarding a female who had passed out and was not breathing.  Upon arrival, Officer Ondi made contact with the defendant and ascertained that the medical page was in regards to her.  Officer Ondii arrested the defendant for Disorderly Conduct and Resisting Arrest.  The defendant was transported to Mercy Medical Center, Durango, Colorado, for further observation. The charges of Disorderly Conduct and Resisting Arrest were subsequently dismissed upon her pleading guilty and  conviction for Driving While Under Revocation (Alcohol Related) on November 5, 2008 in Southern Ute Tribal Court.

On October 6, 2008, at approximately 7:45 a.m., Officer Hanna went to Mercy Medical Center where the defendant was being released.  Upon his arrival, he detected a very strong odor of an unknown alcoholic beverage emanating from the defendant's person.  Her speech was slurred and her eyes were bloodshot.  Upon her arrival at the Southern Ute Detention Center the defendant provided a PBT which tested .219% BAC.

On October 9, 2008, I spoke with the defendant telephonically regarding her arrest of October 6, 2008.  The defendant admitted to being in the Sidekick Lounge in Ignacio, Colorado.  She also stated that she had began consuming alcohol on October 5, 2008, and had been drinking beer, vodka, and mixed alcoholic drinks.  She reported that she could not recall the quantities or number of alcoholic drinks she had consumed prior to her arrest on October 6, 2008.

7. **USE OF ALCOHOL:**

On or about October 26, 2008, the defendant ingested alcohol which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On October 26, 2008, at approximately 4:22 p.m., Southern Ute Police Sergeant Wesley Hanna arrived at the Tee Pee Lounge, 160 Pine Street, Ignacio, Colorado, due to an outstanding Southern Ute Tribal Court warrant issued for the defendant for Violation of Bond.  Sergeant Hanna  observed the defendant inside the lounge, seated at the bar and she had an open bottle of beer in front of her which she was drinking from.  Sergeant Hanna placed the defendant under arrest and transported her to the Southern Ute Detention Center where the defendant gave a preliminary breath test which resulted in a reading of .315% BAC. The charge of Violation of Bond was dismissed upon her pleading guilty and  conviction for Driving While Under Revocation (Alcohol Related) on November 5, 2008 in Southern Ute Tribal Court.

On October 27, 2008, I went to Mercy Medical Center in Durango, Colorado where the defendant was being held for observation regarding her arrest on October 26, 2008. The defendant stated she bought a 18

pack of Budweiser Light beer and admitted to consuming an unknown quantity of beer.